| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| NORTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Gianni's Italian Restaurant & Cafe, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **Gianni's Cafe** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **04-3651483** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**20505 Rand Road**<br>**Unit B2, Suite 120**<br>**Kildeer, IL 60047**<br>Number, Street, City, State & ZIP Code<br><br>**Lake**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Gianni's Italian Restaurant & Cafe, Inc.**_____ Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**              page 2

Debtor **Gianni's Italian Restaurant & Cafe, Inc.**  Case number (*if known*)
Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **Gianni's Italian Restaurant & Cafe, Inc.**  Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May  3, 2016**
MM / DD / YYYY

X **/s/ Michael W. Siena**            **Michael W. Siena**
Signature of authorized representative of debtor      Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Joel A. Schechter**            Date **May  3, 2016**
Signature of attorney for debtor         MM / DD / YYYY

**Joel A. Schechter**
Printed name

**Law Offices of Joel A. Schechter**
Firm name

**53 West Jackson Blvd**
**Suite 1522**
**Chicago, IL 60604**
Number, Street, City, State & ZIP Code

Contact phone **312-332-0267**     Email address **joelschechter@covad.net**

**3122099**
Bar number and State

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 4

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Gianni's Italian Restaurant & Cafe, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| AEP Energy<br>Dept. CH 19346<br>Palatine, IL 60055 | | trade debt | | | | $1,534.42 |
| Badger Murphy<br>P.O. Box 12440<br>Chicago, IL 60612 | | trade debt | | | | $5,236.11 |
| Cintas #55<br>P.O. Box 630921<br>Cincinnati, OH 45263 | | trade debt | | | | $446.66 |
| Cintas Corporation<br>P.O. Box 630921<br>Cincinnati, OH 45263 | | trade debt | | | | $966.47 |
| Corporate Services<br>P.O. Box 1048<br>Dandridge, TN 37725 | | refuse | | | | $250.00 |
| Edward Don & Company<br>2562 Paysphere Circle<br>Chicago, IL 60674 | | trade debt | | | | $1,090.04 |
| Greco<br>1550 Hecht Road<br>Bartlett, IL 60103 | | trade debt | | | | $1,487.09 |
| Heritage Wine Cellars, Ltd.<br>6600 West Howard Street<br>Niles, IL 60714 | | trade debt | | | | $792.00 |

Debtor  **Gianni's Italian Restaurant & Cafe, Inc.**                               Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Illinois Dept of Employment Securit Employer File Maintenance 33 South State Street, 10th Floor Chicago, IL 60603-2802** | | | | | | $11,142.85 |
| **Internal Revenue Service PO Box 7346 Philadelphia, PA 19101** | | payroll taxes, amount is approximate | Disputed | | | $60,000.00 |
| **La Dotta Coffe Importers P.O. Box 255 Lake Forest, IL 60045** | | trade debt | | | | $754.00 |
| **Lake County Dept. of Public Works 650 West Winchester Road Libertyville, IL 60048** | | utility services | | | | $1,842.90 |
| **Marlinn 6100 West 73rd Street Suite 1 Bedford Park, IL 60638** | | trade debt | | | | $917.73 |
| **Oracle America, Inc. Two Pierce Place 17th Floor Itasca, IL 60143** | | trade debt | | | | $1,245.00 |
| **Pure Wine Company 361 South Frontage Road Suite 130 Burr Ridge, IL 60527** | | trade debt | | | | $459.00 |
| **Shops at Kildeer, LLC c/o Kimco Realty Corporation 10600 West Higgins Road, Suite 408 Des Plaines, IL 60018** | | lease of Unit B2, Suite 120, 20505 Rand Road Kildeer, IL 60047 | Disputed | | | $66,671.14 |
| **Supreme Lobster 220 East North Avenue Villa Park, IL 60181** | | trade debt | | | | $11,921.60 |

Debtor **Gianni's Italian Restaurant & Cafe, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Swisher Hygiene Franchise Corp.** <br> **P.O. Box 603060** <br> **Charlotte, NC 28260** | | trade debt | | | | $395.50 |
| **Sysco Foods** <br> **250 Wieboldt Drive** <br> **Des Plaines, IL 60016-3192** | | trade debt | | | | $16,762.24 |
| **Wirtz Beverage** <br> **P. O. Box 809180** <br> **Chicago, IL 60680** | | trade debt | | | | $674.02 |

AEP Energy
Dept. CH 19346
Palatine, IL 60055


Badger Murphy
P.O. Box 12440
Chicago, IL 60612


Brian R. Zeeck
Hinshaw & Culbertson LLP
222 North LaSalle St., Suite 300
Chicago, IL 60601


Cintas #22
P.O. Box 630921
Cincinnati, OH 45263


Cintas #55
P.O. Box 630921
Cincinnati, OH 45263


Cintas Corporation
P.O. Box 630921
Cincinnati, OH 45263


Corporate Services
P.O. Box 1048
Dandridge, TN 37725


Edward Don & Company
2562 Paysphere Circle
Chicago, IL 60674


Empire Cooler Service, Inc.
940 West Chicago Avenue
Chicago, IL 60642


Greco
1550 Hecht Road
Bartlett, IL 60103


Heritage Wine Cellars, Ltd.
6600 West Howard Street
Niles, IL 60714

Illinois Dept of Employment Securit
Employer File Maintenance
33 South State Street, 10th Floor
Chicago, IL 60603-2802


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Internal Revenue Service
5100 River Road
Schiller Park, IL 60176


La Dotta Coffe Importers
P.O. Box 255
Lake Forest, IL 60045


Lake County Dept. of Public Works
650 West Winchester Road
Libertyville, IL 60048


Marlinn
6100 West 73rd Street
Suite 1
Bedford Park, IL 60638


Oracle America, Inc.
Two Pierce Place
17th Floor
Itasca, IL 60143


Pure Wine Company
361 South Frontage Road
Suite 130
Burr Ridge, IL 60527


Shops at Kildeer, LLC
c/o Kimco Realty Corporation
10600 West Higgins Road, Suite 408
Des Plaines, IL 60018


Supreme Lobster
220 East North Avenue
Villa Park, IL 60181

```
Swisher Hygiene Franchise Corp.
P.O. Box 603060
Charlotte, NC 28260


Sysco Foods
250 Wieboldt Drive
Des Plaines, IL 60016-3192


Wirtz Beverage
P. O. Box 809180
Chicago, IL 60680
```

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Gianni's Italian Restaurant & Cafe, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Gianni's Italian Restaurant & Cafe, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May  3, 2016**  
Date

/s/ Joel A. Schechter  
**Joel A. Schechter 3122099**  
Signature of Attorney or Litigant  
Counsel for  **Gianni's Italian Restaurant & Cafe, Inc.**  
**Law Offices of Joel A. Schechter**  
**53 West Jackson Blvd**  
**Suite 1522**  
**Chicago, IL 60604**  
**312-332-0267  Fax:312-939-4714**  
**joelschechter@covad.net**

Best Case Bankruptcy