UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>GIANNI'S ITALIAN RESTAURANT &<br>CAFE, INC.,<br><br>Debtor(s) | BK No.: 16-15094<br><br>Chapter: 11<br><br>Honorable Pamela S. Hollis |

**FINAL ORDER AUTHORIZING DEBTOR'S USE OF CASH COLLATERAL RETROATIVE TO MAY 3, 2016, AND GRANTING ADEQUATE PROTECTION**

This matter coming on for hearing on the motion of the Debtor and Debtor-in-Possession, Gianni's Italian Restaurant & Cafe, Inc. ("Debtor"), for authority to use cash collateral pursuant to 11 U.S.C. Section 363 and Rule 4001 of the Federal Rules of Bankruptcy Procedure; due notice having been served upon all parties in interest, including all creditors of the estate; the Court having jurisdiction and being fully advised in the premises, *And notice is hereby shortened to ten days, PSH*

NOW THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Debtor be, and hereby is, authorized to use cash collateral as described in the Debtor's motion and the group exhibit appended thereto and pursuant to 11 U.S.C. Section 363, retroactive to May 3, 2016.

2. As adequate protection for any diminution in value of Department of Treasury-Internal Revenue Service's ("IRS") interests in IRS' collateral, as of the date of filing of the petition, IRS be, and hereby is, granted a post-petition lien on cash, accounts, note receivable and proceeds, profits and income derived from such collateral to the same extent, validity, priority and value of IRS' secured claim as of the date of filing, retroactive to May 3, 2016.

3. As additional adequate protection, the Debtor be, and hereby is, authorized to pay to IRS the sum of $1,100.00 per month, retroactive to May 3, 2016, and continuing each month thereafter until further order of Court. The monthly adequate protection payments shall be sent to:

JeTaun M. Harper
Insolvency Specialist
Territory 4, Chicago
233 East 84th Drive, 3rd Floor
Merrillville, IN 46410-6394

Enter:

Dated: SEP 20 2016

United States Bankruptcy Judge

**Prepared by:**
Joel A. Schechter
Attorney No. 3122099
53 West Jackson Blvd, Suite 1522
Chicago, IL 60604; 312-332-0267

Rev: 20120209_bko